UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff<br><br>vs.<br><br>DON SUAREZ<br><br>        Defendant | CIVIL NO.  08-CV-4891 |

## PRAECIPE TO SATISFY JUDGMENT

Kindly mark the judgment in the above matter satisfied of record.

        Respectfully submitted,

        KML Law Group, P.C.

        By: /s/Rebecca A. Solarz, Esq.
        Rebecca A. Solarz, Esquire
        Suite 5000
        701 Market Street
        Philadelphia, PA  19106-1532
        (215) 825-6327

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　　　　　Plaintiff<br><br>vs.<br><br>DON SUAREZ<br><br>　　　　　　　　　　　Defendant | CIVIL NO.  08-CV-4891 |

## CERTIFICATE OF SERVICE

I, Rebecca A. Solarz, Esquire, hereby certify that the foregoing Praecipe to Satisfy has been served by first class mail, postage pre-paid, upon the parties listed below on May 21, 2020.

　　　　DON SUAREZ
　　　　5001 Neshaminy Blvd.
　　　　Bensalem, PA 19020

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　KML Law Group, P.C.

　　　　　　　　　　By: /s/Rebecca A. Solarz, Esq.
　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　Suite 5000
　　　　　　　　　　701 Market Street
　　　　　　　　　　Philadelphia, PA  19106-1532
　　　　　　　　　　(215) 825-6327